**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN LAWHON,

    Plaintiff,

v.                                              Case No.: 8:19-cv-2333-T-36JSS

AARON'S, INC.,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND INCORPORATED CITATION TO AUTHORITY**

COMES NOW, the Plaintiff, JOHN LAWHON, by and through undersigned counsel, and files this Response to Defendant's Motion to Compel Arbitration and Incorporated Citation to Authority, and in support thereof states:

1. Plaintiff has plead in his Complaint that he has not agreed to arbitration, had not signed an arbitration agreement, and provide notice to Defendant he was not agreeing to an Arbitration Agreement. See Complaint, p. 12.

2. In Kroma Makeup EU, LLC v. Boldface Licensing + Branding, Inc. (M.D. Fla., 2015) the Court held that "It is well-established that parties may contract to settle potential disputes by arbitration and that such agreements are favored by law. Vaden v. Discovery Bank, 556 U.S. 49, 58 (2009); 9 U.S.C. § 2. As a corollary, "a party cannot be required to submit to arbitration any dispute which he has not agreed to so submit." AT&T Techs., Inc. v. Commc'ns Workers of Am., 475 U.S. 643, 648 (1986)."

3. Plaintiff opted out of arbitration and advised Defendant he had opted out. See Exhibit A, affidavit or declaration of Plaintiff, attached hereto.

4. Because Plaintiff opted out and Defendant received actual notice of his opt out (by and through Rebecca Sosa, Human Resources Representative), Defendant's claim the parties agreed to arbitration is inaccurate and false.

WHEREFORE, the Plaintiff, JOHN LAWHON, respectfully requests this Honorable Court to deny Defendant's Motion to Compel Arbitration.

Dated this 7th day of October, 2019.

> S/Richard F. Meyers
> Richard Meyers, Esq. (Fla. Bar No. 0893315)
> The Meyers Firm, P.A.
> P.O. Box 16308
> Temple Terrace, Florida 33687-6308
> (813) 985-6550
> Email: rmeyers@meyersfirm.com
> Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to counsel for the Defendant.

> s/Richard F. Meyers
> Richard F. Meyers, Esquire

"Exhibit A"

"Exhibit A"

## Affidavit of John Lawhon

STATE OF FLORIDA
COUNTY OF POLK

John Lawhon, being by me first duly sworn, says:

1. My name is John Lawhon, I am over the age of 18, I am competent to testify to the matters below, and I have personal knowledge of said events.

2. In or about 2014-2015, Aaron's, Inc. presented me with an Arbitration Agreement to be electronically signed. At the time, I was already subject to what I believe was harassment from Aaron's for my disability.

3. I decided to internet research whether it would be a good idea to agree to arbitration under the circumstances. I learned that arbitration is generally considered very favorable to employers, so I decided not to agree to it.

4. Aaron's, Inc. was tracking who had responded to the request to sign an Arbitration Agreement. Having not received my electronic response, Rebecca Sosa, HR representative of Aaron's, communicated with me to ask when I was expected to electronically sign. I advised her I decided to not agree to arbitration, and inquired whether making that decision would result in my termination. Ms. Sosa stated that I would not be fired for not agreeing and would advise the company that I had not agreed. I also asked Ms. Sosa if she would send me a courtesy copy of the entire proposed Arbitration Agreement, but I never received it.

5. There is no question that Aaron's, Inc., through its HR representative Rebecca Sosa, had actual knowledge that I did not agree to arbitration, and I never altered my position in this regard. Any representation by Aaron's that I expressly or impliedly agreed to arbitration is false and misleading.

FURTHER AFFIANT SAYS NAUGHT.

_____
John Lawhon

The foregoing instrument was sworn to before me this 5TH day of OCTOBER, 2019, by JOHN LOW HUN, who is personally known to me or who has produced _____ as identification.



Notary Public, State of Florida
Name: KINJAL PATEL
Commission No. GG 230899
My Commission Expires: 06/20/2022